

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 21, 2025

*Via ECF*
Hon. Ronnie Abrams and Gary Stein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Corey Sipkin Photography LLC v. Sports Video Group, LLC*
     Docket No: 1:24-cv-08939-RA

Dear Judge Abrams and Gary Stein:

  We are the attorneys for Plaintiff in this matter and write to respectfully to request an adjournment of the Initial Conference scheduled for January 24, 2025 at 3:00pm pending the filing of a Motion for Default Judgment.

  There have been no other adjournments requests made on this matter. Defendant has not appeared on the matter, nor has Plaintiff had any contact with defendant to date.

  Thank you for your consideration of this request.

Respectfully submitted,

/s *Craig B Sanders*
Craig B Sanders

The initial conference previously scheduled for January 24, 2025 is hereby adjourned *sine die*. If Plaintiff intends to seek default judgment, it shall do so no later than February 21, 2025, and in accordance with Attachment A to the Court's Individual Rules & Practices in Civil Cases.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 22, 2025